FILED: September 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1941
(3:19-cv-02031-CMC)
_____

SHEILA WEBB

        Plaintiff - Appellee

v.

LEON LOTT, in his official capacity as Sheriff of the Richland County Sheriffs Department

        Defendant - Appellant

and

CAMERON DUECKER

        Defendant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Richardson, and Judge Groh.

        For the Court

        /s/ Nwamaka Anowi, Clerk